UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HEART TECHNOLOGIES, LLC, a Delaware limited liability company; HEARTLUNG CORPORATION, a Delaware Corporation., <br><br>          Plaintiffs, <br>v. <br><br>AMIRHOSSEIN JABERZADEH ANSARI aka AMIR JABERZADEH, an Individual; and DOES 1 – 10, <br><br>          Defendants. | Case No. 2:22-cv-08387-MEMF-RAO <br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATED PROTECTIVE ORDER (ECF#35)** |
| AMIRHOSSEIN JABERZADEH ANSARI aka AMIR JABERZADEH, an individual, <br><br>          Counterclaimant, <br>v. <br><br>AMERICAN HEART TECHNOLOGIES, LLC, a Delaware limited liability company; HEARTLUNG COPORATION, a Delaware Corporation; MORTEZA NAGHAVI, an individual. <br>          Counter-Defendant. | |

1

1  On March 25, 2024, the Parties filed a Stipulated Protective Order ("Stipulation").
2  The Court, having considered the Stipulation and finding good cause therefor, hereby
3  APPROVES the Stipulation and ORDERS it to be effective immediately.
4  IT IS SO ORDERED.

Dated: April 24, 2024

_____
Rozella A. Oliver
United States Magistrate Judge