# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | CENTRAL CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:22-cv-08387-MEMF-RAO

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 11/16/2022

Date of judgment or order you are appealing: | 04/22/2025

Docket entry number of judgment or order you are appealing: | 76

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

HEARTLUNG CORPORATION
AMERICAN HEART TECHNOLOGIES, LLC
MORTEZA NAGHAVI

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature *[signed]*    Date | May 19, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> HEARTLUNG CORPORATION
> AMERICAN HEART TECHNOLOGIES, LLC
> MORTEZA NAGHAVI

Name(s) of counsel (if any):
> NAVEEN MADALA

Address: 89 Sapphire, Irvine, CA 92602

Telephone number(s): (714) 879-7100

Email(s): naveen@madalalaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> AMIRHOSSEIN JABERZADEH ANSARI

Name(s) of counsel (if any):
> None

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                          1                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify the following: I am over the age of 18 years and am not a party to
3  the above-captioned action. I am a registered user of the CM/ECF system for the
4  United States District Court for the Central District of California.
5  On May 19, 2025, I electronically filed the foregoing document with the Clerk of
6  the Court using the CM/ECF system.
7  I declare under penalties of perjury under the laws of the United States that the
8  foregoing is true and correct.

DATED: May 19, 2025        /s/ <u>Naveen Madala</u>
                                      Naveen Madala

4
**NOTICE OF APPEAL**

NEF List

A. Mailing Information for a Case 2:22-cv-08387-MEMF-RAO

1. Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case

Naveen Madala                      naveen@madalalaw.com

Amirhossein Jaberzadeh Ansari      amirhossein.jaberzadeh@gmail.com

2. Manual Notice List

The following is the list of parties/attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).